[No. 2104–3. Division Three. February 17, 1978.]

MELVIN D. ENLOW, ET AL, *Respondents,* v. DAVID WHITEHEAD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 20823, Albert J. Yencopal, J., entered September 8, 1976. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Willis, J. Pro Tem.

[No. 4510–1. Division One. February 21, 1978.]

CLARENCE C. SIEVERT, *Appellant,* v. ETHEL M. BOUSLOG, *Individually and as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 34818, Harry A. Follman, J., entered January 29, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris, C.J., and Williams, J.

[No. 4886–1. Division One. February 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAN DOCTOR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9232, Byron L. Swedberg, J., entered June 4, 1976. *Affirmed* by unpublished per curiam opinion.